UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KATHRYN E. NIXON,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANCISCAN HEALTH SYSTEM, et al.,<br><br>        Defendants. | CASE NO. C11-5076BHS<br><br>ORDER DECLINING SUPPLEMENTAL JURISDICTION AND DISMISSING ACTION |

This matter comes before the Court on Defendant Atif Mian's motion to decline supplemental jurisdiction. Dkt. 74. The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby grants the motion for the reasons stated herein

On March 12, 2012, the Court issued an order granting Defendant Franciscan Health System's ("Franciscan") motion for summary judgment and dismissing all claims asserted by Plaintiff Kathryn E. Nixon against Franciscan. Dkt. 64. On March 28, 2012, Mian filed the instant motion to decline supplemental jurisdiction.

In Mian's motion, he asks that the Court decline to exercise supplemental jurisdiction over Nixon's sole remaining state law claim for battery alleged against Mian. Dkt. 74. Nixon argues that the Court should certify its order granting summary judgment as a final judgment under Rule 54(b) of the Federal Rules of Civil Procedure to be appealed to the Ninth Circuit and stay the remaining claim against Mian pending the appeal. *See* Dkts. 76 & 77. The effect of the positions taken by the parties is that neither seeks a retention of the current trial date in this Court.

Accordingly, the Court concludes that judicial efficiency and the interests of justice, as well as the parties, are best served by the Court declining to exercise supplement jurisdiction over the state law battery claim alleged against Mian and dismissing this action.

Therefore, it is hereby **ORDERED** that Mian's motion to decline to exercise supplemental jurisdiction (Dkt. 74) is **GRANTED**, and this action is **DISMISSED**.

Dated this 10th day of April, 2012.

BENJAMIN H. SETTLE
United States District Judge