HON. BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| KATHRYN E. NIXON, ) | |
|     Plaintiff, ) | |
| vs. ) | |
| FRANCISCAN HEALTH SYSTEM, ) and ATIF MIAN, ) | |
|     Defendants. ) | Case No. 3:11-cv-05076-BHS |

NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4, plaintiff Kathryn E. Nixon hereby files this notice of appeal. Appeal is taken from the following judgments and orders of this court:

1) Order Granting Defendant Franciscan Health System's Motion for Summary Judgment, dated March 12, 2012 (Docket No. 64);

2) Order Granting In Part and Denying In Part Plaintiff's Motion for Reconsideration, dated March 29, 2012 (Docket No. 75);

NOTICE OF APPEAL - Page 1

**Terry A. Venneberg**
Attorney at Law
3425 Harborview Drive
Gig Harbor WA 98332
(253) 858-6601
(253) 858-6603 fax

3) Order Granting in Part and Denying In Part Defendant's Motion for Clarification, dated April 5, 2012 (Docket No. 81);

4) Order Declining Supplemental Jurisdiction and Dismissing Action, dated April 10, 2012 (Docket No. 87); and

5) Judgment in a Civil Action, dated April 11, 2012 (Docket No. 88).

Appeal is taken to the United States Court of Appeals for the Ninth Circuit.

DATED this 11th day of April, 2012.

By: /s/ Terry A. Venneberg
Terry A. Venneberg
Attorney for Plaintiff
WSBA No. 31348
3425 Harborview Drive
Gig Harbor, Washington 98332
Telephone: (253) 858-6601
Fax: (253) 858-6603
E-mail: terry@washemploymentlaw.com

NOTICE OF APPEAL - Page 2

**Terry A. Venneberg**
Attorney at Law
3425 Harborview Drive
Gig Harbor WA 98332
(253) 858-6601
(253) 858-6603 fax