UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 13 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KATHRYN E NIXON,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>CATHOLIC HEALTH INITIATIVES,<br><br>        Defendant,<br><br> and<br><br>ATIF MIAN and FRANCISCAN HEALTH SYSTEM,<br><br>        Defendants - Appellees. | No. 12-35276<br><br>D.C. No. 3:11-cv-05076-BHS<br>U.S. District Court for Western Washington, Tacoma<br><br>**MANDATE** |

The judgment of this Court, entered March 19, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                    FOR THE COURT:
                                    Molly C. Dwyer
                                    Clerk of Court

                                    Rebecca Lopez
                                    Deputy Clerk